EASTERN DISTRICT OF PENNSYLVANIA

: CHAPTER 13
:
: BANKRUPTCY NO. 19-15200-elf

**MOTION OF CARRIE MARKO FOR RELIEF FROM STAY UNDER §362 OF THE BANKRUPTCY CODE**

Marko by and through her attorney, Paul Brownstein, represents the following:

Carrie Marko, the Wife of Joseph A. Marko, Joint

Joseph A. Marko, Husband of Carrie Marko, Joint

[...] 2019, Wife filed a divorce complaint in the Court [...] Bucks County which was given the Docket No. 2015-

[...] complaint, Wife requested equitable distribution [...] the marital residence, motor vehicles, retirement [...] components.

[...] are the owners of the real estate located at 444 [...]ville-Trevose, PA 19053.

[...] currently living at this residence and is responsible for

0, 2019, Husband and Wife filed the Bankruptcy

ty in the property which Wife desires to protect in the

[...]ous of moving the divorce and cannot do so because [...]itrant in cooperating with the divorce proceedings,

Family Court in Bucks County.

Movant requests this Honorable Court to enter an Order Stay to allow the further prosecution of the Divorce limited to, the disposition of the marital home and

Respectfully submitted:

_____
Paul Brownstein, Esquire
Attorney for Movant

...Carrie Marko, Debtors

...joint Debtor with her husband, Joseph A. Marko, ...osed an original and copy of our Motion for Relief from ...with our check no. 116 in the amount of $181.00

...red and return a time stamped copy to us in the ...ssed stamped envelope.

...tion to this request.