# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | JOSEPH A. MARKO | : | Chapter 13 |
| | CARRIE MARKO, | : | |
| | | : | |
| | Debtor | : | Bky. No. 19-15200 ELF |

# O R D E R

**AND NOW,** in light of the filing and grant of a Motion for Relief from the Automatic Stay filed by co-Debtor Carrie Marko for the purpose of proceeding in a divorce action against co-Debtor Joseph A. Marko, it is hereby **ORDERED** that

1. A telephonic hearing is scheduled on **March 30, 2021, at 1:00 p.m.** to consider whether present bankruptcy counsel, Brad J. Sadek, can continue to represent both Debtors in this bankruptcy case.

2. Debtor's counsel **SHALL APPEAR** at the hearing.

Date: March 16, 2021

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**