United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15200-elf |
| Joseph A Marko | Chapter 13 |
| Carrie Marko | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 16, 2021 | Form ID: pdf900 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph A Marko, Carrie Marko, 444 Beechwood Avenue, Feasterville Trevose, PA 19053-4464 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 17 2021 05:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 17 2021 05:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 17 2021 05:20:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 17 2021 04:21:36 | Resurgent Capital Services LP, P.O. Box 10675, Greenville, SC 29603-0675 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Mar 17 2021 04:33:41 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 5

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2021          Signature:          /s/Joseph Speetjens

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Mar 16, 2021 | Form ID: pdf900 | Total Noticed: 6

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2021 at the address(es) listed below:**

**Name**  **Email Address**

BRAD J. SADEK
    on behalf of Joint Debtor Carrie Marko brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

BRAD J. SADEK
    on behalf of Debtor Joseph A Marko brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

HOWARD GERSHMAN
    on behalf of Creditor Resurgent Capital Services LP hg229ecf@gmail.com  229ecf@glpoc.comcastbiz.net

KENNETH G. HARRISON
    on behalf of Joint Debtor Carrie Marko kghesq@juno.com

SARAH ELISABETH BARNGROVER
    on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | JOSEPH A. MARKO | : | Chapter 13 |
| | CARRIE MARKO, | : | |
| | | : | |
| | Debtor | : | Bky. No. 19-15200 ELF |

# O R D E R

**AND NOW,** in light of the filing and grant of a Motion for Relief from the Automatic Stay filed by co-Debtor Carrie Marko for the purpose of proceeding in a divorce action against co-Debtor Joseph A. Marko, it is hereby **ORDERED** that

1. A telephonic hearing is scheduled on **March 30, 2021, at 1:00 p.m.** to consider whether present bankruptcy counsel, Brad J. Sadek, can continue to represent both Debtors in this bankruptcy case.

2. Debtor's counsel **SHALL APPEAR** at the hearing.

Date:  March 16, 2021

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**